492 A.2d 1138

**COMMONWEALTH of Pennsylvania**

v.

**Wayne THORPE, Appellant.**

Superior Court of Pennsylvania.

Argued July 23, 1984.

Filed May 10, 1985.

Richard P. Hunter, Jr., Philadelphia, for appellant.

Eric B. Henson, Assistant District Attorney, Philadelphia, for Commonwealth, appellee.

Before SPAETH, President Judge, and WICKERSHAM, BROSKY, WIEAND, CIRILLO, DEL SOLE, MONTEMURO, JOHNSON, and POPOVICH, JJ.

PER CURIAM:

Today we decided that double jeopardy principles do not bar reprosecution of appellant's co-defendant on charges arising from the killing of Zollie Perry. Appellant raises the identical issue decided in that case, and we therefore affirm on the basis of *Commonwealth v. Simons,* 342 Pa.Super. 281, 492 A.2d 1119 (1985).

Order affirmed.

WIEAND, J., files a concurring opinion.

BROSKY, J., joins, and files a concurring statement.

DEL SOLE, J., files a dissenting statement in which POPOVICH, J., joins.

SPAETH, President Judge, files a dissenting statement.

WIEAND, Judge, concurring:

I concur for reasons appearing in my concurring opinion in *Commonwealth v. Simons,* 342 Pa.Super. 281, 492 A.2d 1119 (1985).

BROSKY, Judge, concurring:

I concur on the basis of my Concurring Opinion in *Commonwealth v. Simons,* 342 Pa.Super. 281, 492 A.2d 397 (J. 1927/83, filed May 10, 1985).

SPAETH, President Judge, dissenting:

I dissent for the reasons stated in my Dissenting Opinion in *Commonwealth v. Simons,* 342 Pa.Super. 281, 492 A.2d 1119 J. E4001/84 (filed May 10, 1985).

DEL SOLE, Judge, dissenting:

I dissent for reasons discussed in my Dissenting Opinion in *Commonwealth v. Simons,* 342 Pa.Super. 281, 492 A.2d 1119 J. E4001/84; filed May 10, 1985).

POPOVICH, J., joins.